■ In the Matter of DUTCHESS COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of AUGUSTINE P., JR., et al., Appellant, v AUGUSTINE P., SR., Respondent. [609 NYS2d 838] — Appeal by the petitioner from stated portions of a dispositional order of the Family Court, Dutchess County (Bernhard, J.), dated January 11, 1993.

Ordered that the dispositional order is affirmed insofar as appealed from, without costs or disbursements, for reasons stated by Judge Bernhard at the Family Court. Ritter, J. P., Pizzuto, Friedmann and Goldstein, JJ., concur.